**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Cameron Moon

Appellate case number:   01-15-00703-CV

Trial court case number:  2008-06648J

Trial court:                      313th District Court of Harris County

On August 18, 2015, relator, Cameron Moon, filed a petition for a writ of mandamus in this Court. Relator also has filed a motion to stay the effect of the juvenile court's order waiving its jurisdiction over relator and transferring him to the district court for criminal proceedings.

Relator's motion to stay is **denied**.

It is so ORDERED.

Judge's signature: _/s/ Terry Jennings
                                ☒ Acting individually

Date:  August 19, 2015